# EXHIBIT A

**From:** David Dickens <DDickens@millerfirmllc.com>
**Sent:** Thursday, August 17, 2023 9:38 PM
**To:** *josh.webb@hwhlaw.com <josh.webb@hwhlaw.com>
**Cc:** Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** Re: Williford v. Syngenta [IWOV-FirmLive.FID1713421]

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Attached is a courtesy copy of the revised Amended Complaint that was just filed. We will contact the Clerk first thing in the morning to remove the prior filing from the docket.

Have a good night.

**From:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
**Sent:** Thursday, August 17, 2023 9:08 PM
**To:** David Dickens <DDickens@millerfirmllc.com>
**Cc:** Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** RE: Williford v. Syngenta [IWOV-FirmLive.FID1713421]

Thank you David.


**Joshua C. Webb**
Shareholder

o: 813.221.3900 | d: 813.222.3165 | Josh.Webb@hwhlaw.com | hwhlaw.com
101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602


vcard bio

> **From:** David Dickens <DDickens@millerfirmllc.com>
> **Sent:** Thursday, August 17, 2023 8:51 PM
> **To:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
> **Cc:** Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
> **Subject:** Re: Williford v. Syngenta [IWOV-FirmLive.FID1713421]
>
> *[External email; exercise caution]*
>
> Joshua,

I was able to get what I needed for the amended complaint. I'll get a new amended complaint filed by the end of the night without the punitive language.

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

---

**From:** David Dickens <DDickens@millerfirmllc.com>
**Sent:** Thursday, August 17, 2023 8:10:28 PM
**To:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
**Cc:** dlopez@lopezlawpa.com <dlopez@lopezlawpa.com>; Tayjes Shah <TShah@MillerFirmLLC.com>; Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** Re: Williford v. Syngenta [IWOV-FirmLive.FID1713421]

Joshua,

The amended complaint was filed today because the attorney handling this matter left this afternoon for a trip overseas.

We're willing to work with you but I'm currently traveling and likely won't be able to pull something together this evening, not to mention the confusion of filing a second amended complaint on the docket.

I'm sure we can agree to language on a stipulation to strike a punitive damage claim without the need for motion practice or file a subsequent amended complaint. As I said earlier, we can call you in the morning and work. Otherwise, you can proceed with your motion and we'll respond.

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

---

**From:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
**Sent:** Thursday, August 17, 2023 7:42 PM
**To:** David Dickens <DDickens@millerfirmllc.com>
**Cc:** dlopez@lopezlawpa.com <dlopez@lopezlawpa.com>; Tayjes Shah <TShah@MillerFirmLLC.com>; Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** Re: Williford v. Syngenta [IWOV-FirmLive.FID1713421]

If it didn't need to be addressed today then you wouldn't have filed an amended complaint today, when you had until August 21 to do so under the Court's order. You

violated the Court's order in the Middle District of Florida in the process, and this Court should have the opportunity to address that violation. Please confirm whether or not you will meet our request to refile an amended complaint today without reference to punitive damages. If we do not hear from you promptly then we will file our motion to strike.

**Joshua C. Webb**
Shareholder

o: 813.221.3900 | d: 813.222.3165 | Josh.Webb@hwhlaw.com | hwhlaw.com
101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602



vcard_bio

On Aug 17, 2023, at 7:27 PM, David Dickens <DDickens@millerfirmllc.com> wrote:

*[External email; exercise caution]*

I'm not sure this will be possible tonight. Can you tell me why this needs to be addressed today? I don't see why the JPML deadlines would have any effect. If you did need to file a motion, it can certainly be done in the MDL after transfer.

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 22960

---

**From:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
**Sent:** Thursday, August 17, 2023 6:55 PM
**To:** David Dickens <DDickens@millerfirmllc.com>
**Cc:** dlopez@lopezlawpa.com <dlopez@lopezlawpa.com>; Tayjes Shah <TShah@MillerFirmLLC.com>; Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** Re: Williford v. Syngenta [IWOV-FirmLive.FID1713421]

David, given the JPML deadlines this needs to be addressed today. If you agree to refile an amended complaint this evening without reference to punitive damages then we will not file our motion to strike.

**Joshua C. Webb**
Shareholder

o: 813.221.3900 | d: 813.222.3165 | Josh.Webb@hwhlaw.com | hwhlaw.com
101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602


 vcard_bio

On Aug 17, 2023, at 6:31 PM, David Dickens <DDickens@millerfirmllc.com> wrote:

*[External email; exercise caution]*

Joshua,

We don't agree that the amended complaint is in direct contravention to the Court's Order regarding the shotgun pleading. We accept, however, that the punitive damages claim was stricken based on the Florida statute requiring a proffer of evidence.

We're willing to work with you on an appropriate remedy in light of the procedural history but are not available to discuss this evening. Are you available to discuss tomorrow?

David J. Dickens
The Miller Firm, LLC
108 Railroad Avenue
Orange, VA 20187

**From:** Joshua C. Webb <Josh.Webb@hwhlaw.com>
**Sent:** Thursday, August 17, 2023 5:45 PM
**To:** dlopez@lopezlawpa.com <dlopez@lopezlawpa.com>; Tayjes Shah <TShah@MillerFirmLLC.com>; David Dickens <DDickens@millerfirmllc.com>
**Cc:** Hong, Don <don.hong@kirkland.com>; Hardy, Seantyel <seantyel.hardy@kirkland.com>; Kip Marshall <kip.marshall@hwhlaw.com>
**Subject:** Williford v. Syngenta [IWOV-FirmLive.FID1713421]

Counsel—your Amended Complaint filed today seeks to revive punitive damages that were stricken and later rejected after a half-day substantive hearing, which is in direct contravention of the Court's Order [ECF No. 8] to amend only to address the shotgun pleading issue problem and not otherwise amend substantive allegations or counts without permission of the Court. We are preparing a motion to strike, which will be filed today. Given the time sensitivity in light of the impending transfer order, please let us know within the next hour whether you oppose our motion to strike.

**Joshua C. Webb**
**Shareholder**

o: 813.221.3900 | d: 813.222.3165 | Josh.Webb@hwhlaw.com | hwhlaw.com
101 E. Kennedy Blvd., Suite 3700, Tampa, FL 33602


 vcard_bio

CONFIDENTIALITY NOTE: The contents of this email and its attachments are confidential and may be privileged. If you are not the intended recipient, please immediately notify the sender (by return e-mail or telephone), destroy the original and all copies of this message along with any attachments, and do not disclose, copy, distribute, or use the contents.

Please consider the environment before printing this e-mail.